| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Lynch, Sandra L. | 2. Court or Organization U.S. Court of Appeals, 1st Cir | 3. Date of Report 08/02/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address United States Courthouse 1 Courthouse Way, Suite 8710 Boston, MA 02210 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L.. | 08/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Arizona State University | January 26-28, 2017 | Phoenix, AZ | Attend a non-Federal Judicial Center event | Travel and Hotel expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Mass Muni MM | A | Dividend | L | T | | | | | |
| 2. Bank of America | A | Interest | K | T | | | | | |
| 3. ROLLOVER IRA (H) | | | | | | | | | |
| 4. - Fidelity Disciplined Equity | A | Dividend | J | T | | | | | |
| 5. - Fidelity Government Cash Reserves Fund | A | Interest | K | T | | | | | |
| 6. Fidelity Investments Core Cash | A | Interest | K | T | | | | | |
| 7. TRADITIONAL IRA (H) | | | | | | | | | |
| 8. - Fidelity Low Priced Stock | D | Dividend | L | T | Sold (part) | 04/21/17 | J | B | |
| 9. | | | | | Sold (part) | 12/04/17 | J | C | |
| 10. - Fidelity Capital and Income | A | Dividend | K | T | Sold (part) | 04/21/17 | J | B | |
| 11. | | | | | Sold (part) | 12/04/17 | J | A | |
| 12. - Fidelity Invest Grade | D | Dividend | M | T | Buy (add'l) | 03/09/17 | J | | |
| 13. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 14. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 15. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 16. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 17. | | | | | Sold (part) | 12/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 19. - Fidelity Blue Chip Growth | | None | | | Sold (part) | 04/21/17 | J | B | |
| 20. | | | | | Sold | 08/10/17 | L | E | |
| 21. - Fidelity Advisor Strategic Inc CL I | A | Dividend | J | T | Sold (part) | 04/21/17 | J | A | |
| 22. | | | | | Sold (part) | 12/04/17 | J | A | |
| 23. - Fidelity Total Bond | D | Dividend | M | T | Buy (add'l) | 03/09/17 | J | | |
| 24. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 25. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 26. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 27. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 28. | | | | | Sold (part) | 12/04/17 | J | B | |
| 29. - Fidelity Growth Company | C | Dividend | L | T | Sold (part) | 03/09/17 | J | B | |
| 30. | | | | | Sold (part) | 04/21/17 | J | A | |
| 31. | | | | | Buy (add'l) | 08/10/17 | K | | |
| 32. | | | | | Sold (part) | 12/04/17 | J | B | |
| 33. - Fidelity Advisor High Income CL I | A | Dividend | J | T | Sold (part) | 12/04/17 | J | A | |
| 34. - Fidelity Short Term Bond | A | Dividend | K | T | Buy (add'l) | 05/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/10/17 | J | A | |
| 36. | | | | | Sold (part) | 12/04/17 | J | A | |
| 37. - Strategic ADV Int'l II FD (formerly Strategic ADV US Oppty II) | C | Dividend | M | T | Sold (part) | 02/02/17 | J | C | |
| 38. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 39. | | | | | Sold (part) | 05/23/17 | J | C | |
| 40. | | | | | Sold (part) | 08/10/17 | J | C | |
| 41. | | | | | Sold (part) | 10/26/17 | J | C | |
| 42. | | | | | Sold (part) | 12/04/17 | J | C | |
| 43. -Fidelity Equity Income | A | Dividend | | | Sold (part) | 04/21/17 | J | A | |
| 44. | | | | | Sold | 08/10/17 | K | E | |
| 45. -Fideliy Emerging Markets | A | Dividend | L | T | Sold (part) | 04/21/17 | J | A | |
| 46. | | | | | Sold (part) | 10/26/17 | J | A | |
| 47. | | | | | Sold (part) | 12/04/17 | J | A | |
| 48. -Fidelity Stock Selector All Cap Fd | B | Dividend | M | T | Sold (part) | 03/09/17 | J | A | |
| 49. | | | | | Sold (part) | 04/07/17 | J | A | |
| 50. | | | | | Sold (part) | 04/21/17 | J | A | |
| 51. | | | | | Sold (part) | 08/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/04/17 | J | B | |
| 53. | | | | | Sold (part) | 12/13/17 | J | A | |
| 54. -Fidelity Focused High Income Fund | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 55. | | | | | Sold | 10/26/17 | J | D | |
| 56. -Fidelity Stock Selector Small Cap | B | Dividend | K | T | Sold (part) | 04/21/17 | J | A | |
| 57. | | | | | Sold (part) | 12/04/17 | J | A | |
| 58. -Fidelity Mega Cap Stock Fd | | None | | | Sold (part) | 03/09/17 | K | D | |
| 59. | | | | | Sold (part) | 04/07/17 | K | D | |
| 60. | | | | | Sold | 04/21/17 | K | D | |
| 61. -Fidelity Real Estate Income | B | Dividend | K | T | Sold (part) | 04/21/17 | J | A | |
| 62. | | | | | Sold (part) | 12/04/17 | J | A | |
| 63. -Fidelity Floating Rate High Income | A | Dividend | K | T | Sold (part) | 12/04/17 | J | A | |
| 64. -Fid Advisor Stock Selectr Mid Cap CL 1 | A | Dividend | K | T | Sold (part) | 04/21/17 | J | A | |
| 65. | | | | | Sold (part) | 12/04/17 | J | A | |
| 66. -Fidelity Conservativ Income Bond FD CL I | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 67. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 68. | | | | | Sold (part) | 08/10/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L.. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/04/17 | J | A | |
| 70. -Fid Large Cap Value Enhanced Index | C | Dividend | L | T | Sold (part) | 04/21/17 | J | A | |
| 71. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 72. | | | | | Sold (part) | 12/04/17 | J | A | |
| 73. -Fidelity Contrafund | C | Dividend | K | T | Sold (part) | 04/21/17 | J | A | |
| 74. | | | | | Sold (part) | 12/04/17 | J | A | |
| 75. -Fidelity Value Discovery | B | Dividend | L | T | Sold (part) | 04/21/17 | J | A | |
| 76. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 77. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 78. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 79. | | | | | Sold (part) | 12/04/17 | J | A | |
| 80. -Fidelity SAI U.S. Large CAP Index | A | Dividend | K | T | Buy (add'l) | 08/10/17 | J | | |
| 81. | | | | | Sold (part) | 12/04/17 | J | A | |
| 82. -Fidelity SAI International Index | A | Dividend | K | T | Buy (add'l) | 08/10/17 | J | | |
| 83. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 84. | | | | | Sold (part) | 12/04/17 | J | A | |
| 85. -Fidelity SAI Emerg Markets Index | B | Dividend | K | T | Sold (part) | 12/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Fidelity SAI U.S. Quality Index Fund | C | Dividend | L | T | Sold (part) | 04/21/17 | J | A | |
| 87. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 88. | | | | | Sold (part) | 12/04/17 | J | A | |
| 89. | | | | | Sold (part) | 12/13/17 | J | B | |
| 90. -Fidelity Small Cap Value | A | Dividend | K | T | Sold (part) | 12/04/17 | J | A | |
| 91. -Fidelity Select Natural Resources | A | Dividend | K | T | Buy (add'l) | 08/10/17 | J | | |
| 92. | | | | | Sold (part) | 12/04/17 | J | A | |
| 93. -Fidelity Inflat-port BD Index Instl Perm | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 94. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 95. | | | | | Sold (part) | 04/21/17 | J | A | |
| 96. | | | | | Sold (part) | 12/04/17 | J | A | |
| 97. -FIMM Government Portfolio: Instl CL | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 98. | | | | | Sold (part) | 02/14/17 | J | A | |
| 99. | | | | | Sold (part) | 05/30/17 | J | A | |
| 100. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 101. | | | | | Sold (part) | 08/21/17 | J | A | |
| 102. | | | | | Sold (part) | 11/20/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/04/17 | J | A | |
| 104. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 105. -Fidelity Large Cap Stock | C | Dividend | M | T | Buy | 03/09/17 | K | | |
| 106. | | | | | Buy (add'l) | 04/07/17 | K | | |
| 107. | | | | | Buy (add'l) | 04/21/17 | K | | |
| 108. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 109. | | | | | Sold (part) | 05/23/17 | J | A | |
| 110. | | | | | Buy (add'l) | 08/10/17 | K | | |
| 111. | | | | | Sold (part) | 12/04/17 | J | A | |
| 112. - Fidelity Government Cash Reserves Fund(X) | A | Interest | J | T | | | | | |
| 113. Esplanade Capital Ptnrs I LLC (See note section VIII) | C | Dividend | N | U | | | | | |
| 114. PAS BROKERAGE ACCOUNT(H) | | | | | | | | | |
| 115. - Fidelity Municipal Income | A | Dividend | K | T | | | | | |
| 116. - Fidelity Limited Term Muni Income | A | Dividend | J | T | Sold (part) | 04/10/17 | J | A | |
| 117. - Fidelity Government Cash Reserves Fund(X) | | None | K | T | | | | | |
| 118. -Deutsch Strategic High Yld Tax S | A | Dividend | K | T | Buy (add'l) | 02/10/17 | J | | |
| 119. | | | | | Sold (part) | 04/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 121. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 122. -Deutsche Managed Muni Bond FD S | A | Dividend | J | T | | | | | |
| 123. -Fidelity Advisor Int'l Discovery CL I | A | Dividend | J | T | | | | | |
| 124. -Fidelity Real Estate Investment | | None | | | Sold | 02/01/17 | J | C | |
| 125. -Fidelity Capital & Income | A | Dividend | J | T | Sold (part) | 04/10/17 | J | A | |
| 126. -Champlain Small Co. Fund Adv CL Conf | A | Dividend | J | T | | | | | |
| 127. -Allianz NFJ Small Cap Val Admin Class | A | Dividend | J | T | | | | | |
| 128. -Artisan Intl Value Fund Inv CL | A | Dividend | J | T | | | | | |
| 129. -Baron Growth | A | Dividend | J | T | | | | | |
| 130. -William Blair Int'l Growth Class N | A | Dividend | J | T | | | | | |
| 131. -JPMorgan Mid-Cap Value Fn Select CL | A | Dividend | J | T | | | | | |
| 132. -Hartford Growth Opportunity Class A | B | Dividend | J | T | | | | | |
| 133. -Hotchkins & Wiley Mid Cap Value CL A | A | Dividend | J | T | | | | | |
| 134. -Mainstay Lg Cap Grwth Fund Class A | A | Dividend | J | T | | | | | |
| 135. -T Rowe Price Equity Income Advisor CL | A | Dividend | J | T | | | | | |
| 136. -Templeton Global Bond Class A | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 138. -Fidelity Mass Muni Income | B | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 139. | | | | | Sold (part) | 04/10/17 | J | A | |
| 140. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 141. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 142. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 143. -Allianceber Muni Inc II Mass Cl A (Also called AB Muni Income) | A | Dividend | J | T | | | | | |
| 144. -JPMorgan US Equity FD Sel Cl | A | Dividend | J | T | | | | | |
| 145. -MFS Int'l Diversification Fd A | A | Dividend | J | T | | | | | |
| 146. -Causeway Int'l Value Investor | A | Dividend | J | T | | | | | |
| 147. -MFS Int'l Val Fd Cl A | A | Dividend | J | T | | | | | |
| 148. -MFS Muni Mass Cl A | A | Dividend | J | T | | | | | |
| 149. -MFS Research Int'l Cl A | A | Dividend | J | T | | | | | |
| 150. -Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 151. -T. Rowe Price Tax Free Inc Adv | A | Dividend | J | T | | | | | |
| 152. -T. Rowe Price Tax Free Short Inter | A | Dividend | J | T | | | | | |
| 153. -SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -IShares Russell 1000 Value ETF (name change) | A | Dividend | K | T | Buy (add'l) | 12/08/17 | J | | |
| 155. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 156.  -IShares Russell 1000 Growth ETF (name change) | A | Dividend | K | T | | | | | |
| 157.  -Sector Spdr Tr Shs Ben Int Financial | A | Dividend | J | T | | | | | |
| 158.  -Transamerica Intl Equity CL I | | None | J | T | Sold (part) | 04/10/17 | J | A | |
| 159. | | | | | Sold (part) | 08/29/17 | J | A | |
| 160. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 161.  -Ishares Core S&P Small-cap ETF | A | Dividend | J | T | | | | | |
| 162.  -Fidelity Emerging Markets | A | Dividend | J | T | | | | | |
| 163.  -Acadian emerging Markets Port Instl | A | Dividend | J | T | | | | | |
| 164.  -Janus Enterprise Fund Class | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |
| 165.  -Ishares Russell 1000 ETF | A | Dividend | J | T | | | | | |
| 166.  -ISHARES TR S&P Small Cap 600 Growth ETF (name correction) | A | Dividend | J | T | | | | | |
| 167.  -Vanguard Index Fds Vanguard Value | A | Dividend | J | T | | | | | |
| 168.  -Causeway Emerging MRKTS FD Inv CL | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |
| 169.  -Franklin Convertible Securities Advisor | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |
| 170.  -T Rowe Price Overseas Stock I CL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -T Rowe Price Emerg Markets Stock Fund I | A | Dividend | J | T | | | | | |
| 172.  -T Rowe Price International STK I | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |
| 173. | | | | | Sold (part) | 04/10/17 | J | A | |
| 174.  -Wasatch Frontier Emerging Small Co's | | None | | | Sold (part) | 02/01/17 | J | A | |
| 175. | | | | | Sold | 04/10/17 | J | A | |
| 176.  -Blackrock High Yld BD Port CL K | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 177.  -Ishares S&P Small CAP 600 Value | A | Dividend | J | T | | | | | |
| 178.  -Mainstay Tax Free Bond Class A | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |
| 179. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 180.  -Wells Fargo Ultra SHT Muni Inc ADM | A | Dividend | K | T | Buy (add'l) | 02/10/17 | J | | |
| 181. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 182. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 183. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 184. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 185.  -Fidelity Government Cash Reserves Fund | A | Interest | J | T | | | | | |
| 186.  -Flexshares Trust Morningstar Global Upstream Nat Res IDX | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 187. | | | | | Sold (part) | 06/21/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Ishares TR EAFE Smal CP ETF | A | Dividend | J | T | | | | | |
| 189.  -Ishares Inc Core MSCI Emerging Mkts | A | Dividend | J | T | | | | | |
| 190.  -Eaton Vance Income Fund Of Boston CL A | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 191.  -Fidelity Large Cap Stock | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 192.  -MS Frontier Emerging Markets Fund CL I | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 193.  -Ishares Russell Midcap Value ETF | A | Dividend | J | T | Buy | 12/08/17 | J | | |
| 194. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 195.  -SPDR Index SHS FDs S&P Global Nat Res ETF | | None | J | T | Buy | 06/21/17 | J | | |
| 196.  IRA ROLLOVER ACCT NO 2(H) | | | | | | | | | |
| 197.  -Fidelity Government Cash Reserves Fund | A | Interest | J | T | | | | | |
| 198.  IRA- 3(H) | A | Interest | J | T | | | | | |
| 199.  -Schwab US Treas Money Fund | | None | | | Merged (with line 201) | 01/01/17 | J | | |
| 200.  SI INVEST ACCOUNT (IRA) (H) | | | | | | | | | |
| 201.  -Schwab US Treas Money Fund | C | Interest | N | T | | | | | |
| 202.  -American Express | B | Dividend | L | T | | | | | |
| 203.  -Apple Inc Com | C | Dividend | M | T | | | | | |
| 204.  -Capital One Finl Corp Com | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Caterpillar Inc Del | C | Dividend | M | T | | | | | |
| 206. -Cognizant Tech Solutns Cl A | | None | | | Sold | 09/05/17 | M | F | |
| 207. -Emerson Electric | B | Dividend | L | T | | | | | |
| 208. -Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 209. -Goldman Sachs Group Com | B | Dividend | M | T | | | | | |
| 210. -Iberiabank Corp Com | A | Dividend | K | T | | | | | |
| 211. -Invesco Ltd Shs | B | Dividend | L | T | | | | | |
| 212. -J P Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 213. -Mondelez Intl Inc Cl A | B | Dividend | L | T | | | | | |
| 214. -Oracle Corp | B | Dividend | L | T | | | | | |
| 215. -Qualcomm Inc Com | | None | | | Sold | 05/03/17 | K | A | |
| 216. -Roche Hldg Ltd Sponsored Adr | B | Dividend | L | T | | | | | |
| 217. -Salesforce Com Inc Com | | None | M | T | | | | | |
| 218. -Schlumberger | B | Dividend | L | T | | | | | |
| 219. -Siemens A G Sponsored Adr | B | Dividend | L | T | | | | | |
| 220. -Thermo Fisher Scientific Inc | A | Dividend | L | T | | | | | |
| 221. -Verizon Communications Com | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Alphabet Inc. CL A | | None | L | T | | | | | |
| 223. -Alphabet Inc. CL C | | None | M | T | | | | | |
| 224. -Coca-Cola Company | B | Dividend | L | T | | | | | |
| 225. -Diageo PL C Spon ADR new | B | Dividend | L | T | | | | | |
| 226. -Gilead Sciences Inc Com | B | Dividend | L | T | | | | | |
| 227. -Johnson & Johnson Com | B | Dividend | L | T | | | | | |
| 228. -Pfizer Inc | B | Dividend | K | T | | | | | |
| 229. -Occidental Pete Corp | | None | | | Sold | 12/18/17 | K | A | |
| 230. -Broadcom Ltd Shs | C | Dividend | M | T | | | | | |
| 231. -Wal Mart Stores | B | Dividend | L | T | Buy | 07/13/17 | K | | |
| 232. First Republic Bank | A | Interest | K | T | | | | | |
| 233. Adams Moutain LLC(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 08/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investment Limited partnership income whether passive or nonpassive is disclosed as "dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII - Esplanade Capital ptnrs I LLC is a non-publically trade LLC. The net income from the investment is reported as dividend.

Part VII - Line 112 is a cash reserve account. Report is amended to reflect proper fund name.

Part VII - Line 117 is a cash reserve account. Report is amended to reflect proper fund name.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra L. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544